NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | |
| : | Criminal No. 06-120 (SRC) |
| Plaintiff,   : | |
| : | **OPINION & ORDER** |
| v.            : | |
| : | |
| ROBERT HULL,            : | |
| : | |
| Defendant.   : | |
| : | |

**CHESLER**, District Judge

    This matter comes before the Court upon the application filed by Defendant Robert Hull ("Defendant"), asking that the Court modify his sentence by reducing the term of one aspect of his supervised release. The United States of America (the "Government") has opposed the application. For the reasons that follow, the Court will deny the application.

    Defendant pled guilty to a charge of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and 2. On June 23, 2011, this Court sentenced Defendant to a term of imprisonment of 30 months and to a term of supervised release of three years, with a special condition that, during twelve months of the term of supervised release, Defendant be placed in a residential reentry center.

    Defendant requests that his sentence be modified to reduce the term of the placement in a residential reentry center from twelve months to six months. Defendant contends that the term of twelve months "sends the wrong message about how the judiciary views him" and that it places "an undue psychological burden" on him.

Defendant has not persuaded this Court that either argument has merit.  This Court continues to believe that the twelve month term is necessary for Defendant's re-entry to society after incarceration.  Defendant's application is denied.

**SO ORDERED.**

___s/ Stanley R. Chesler___
STANLEY R. CHESLER
United States District Judge

Dated: September 7, 2011