IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :    HON. STANLEY R. CHESLER
    :    UNITED STATES DISTRICT COURT JUDGE
    :
    v.    :    Criminal No. 06-120
    :
    :    **ORDER TO STAY EXECUTION**
ROBERT A. HULL,    :    **OF AN ARREST WARRANT**
    :
    Defendant.    :

This matter having been opened to the Court by the defendant, Robert A. Hull, by his attorney, K. Anthony Thomas, Assistant Federal Public Defender, and the government having no objections to the form of this order;

WHEREAS on May 8, 2012, the Court issued an arrest warrant for violating the terms of supervised release;

WHEREAS prior to May 8, 2012, Mr. Hull was taken by local law enforcement officers to St. Francis Hospital for psychiatric treatment;

WHEREAS after preliminary observations, Mr. Hull was civilly committed to a psychiatric hospital for observation and treatment;

WHEREAS it is the intent of this Court not to interrupt Mr. Hull's in-patient mental health observation and treatment, and to provide for a smooth transition from the present facility to the custody of the United States Marshal's Service;

IT IS ON THIS _15_ day of May, 2012,

ORDERED that the United States Marshal's Service shall not execute the arrest warrant issued on May 8, 2012, until such time as conditioned upon Mr. Hull's discharge from the treatment facility;

IT IS FURTHER ORDERED that the United States Marshal's Service shall notify the treating hospital that it shall not discharge Mr. Hull without 72 hour notification to the United State Marshal's Service;

IT IS FURTHER ORDERED that upon said 72 hour notification, the United States Marshal's Service shall notify the Court, or its Courtroom Deputy, of the exact date it intends to arrest Mr. Hull;

IT IS FURTHER ORDERED that the United States Marshal's Service shall immediately bring Mr. Hull to court for his initial appearance regarding his violation of supervised release;

IT IS FURTHER ORDERED that in the event Mr. Hull is discharged on a court holiday, the weekend, or after regular court hours, United States Marshal's Service shall deliver Mr. Hull to MCC New York or MDC Brooklyn, until such time that the Court requests Mr. Hull's presence in Court;

IT IS FURTHER ORDERED if the United States Marshal's Service elects to hold Mr. Hull in one of its contracted local county jails, Mr. Hull shall not stay in that facility longer than 24 hours before either being brought before this Court or delivered to MCC New York or MDC Brooklyn, until such time that this Court requests Mr. Hull's presence in Court;

IT IS FURTHER ORDERED that the present psychiatric hospital shall reproduce Mr. Hull's complete treatment records, from admission to discharge, and deliver said records to either Luis R. Gonzalez, U.S. Probation Officer, or K. Anthony Thomas, Assistant Federal Public Defender;

IT IS FURTHER ORDERED that a copy of this Order be delivered by either Luis

R. Gonzalez, U.S. Probation Officer, or K. Anthony Thomas, Assistant Federal Public Defender, to the present psychiatric hospital;

IT IS FURTHER ORDERED that the present psychiatric hospital shall designate contact person(s) who will be responsible for Mr. Hull's medical documents, and to coordinate Mr. Hull's discharge with the U.S. Marshal's Service;

IT IS FURTHER ORDERED that within five days of receipt of this Order, the present psychiatric hospital shall notify the Court, or its Courtroom Deputy, of the name(s) of the designated responsible contact person.

_____

STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

_____

By: Lakshmi Herman
Assistant U.S. Attorney

_____

K. Anthony Thomas
Assistant Federal Public Defender