UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, | Criminal Action No. 06-120 (SRC) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT HULL, | |
| Defendant. | |

**CHESLER, District Judge**

This matter comes before the Court on three motions filed *pro se* by Defendant Robert Hull. Defendant is presently represented by counsel. Defendant may not submit motions *pro se* unless and until he has received leave from the Court to proceed *pro se*. In view of the fact that this Court has recently ordered Defendant to undergo psychiatric evaluation, this Court has not yet concluded that Defendant is competent to proceed *pro se*. As such, the three motions filed *pro se* (Docket Entry Nos. 29, 41, and 43) are hereby dismissed.

SO ORDERED.

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J

Dated: June 12, 2012