```
                         UNITED STATES DISTRICT COURT
                            DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Crim. No. 06-120
                                 Hon. Stanley R. Chesler
           v.               :    U.S. District Judge

ROBERT HULL                 :    O R D E R
```

       This matter having come before the Court in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (Marion Percell, Assistant U.S. Attorney, appearing), and K. Anthony Thomas, Esq., attorney for defendant Robert Hull, for a hearing pursuant to Title 18, United States Code, Section 4241, to determine the mental competency of the defendant, Robert Hull; and the Court having appointed a licensed psychologist, William J. Ryan, Ph.D., to evaluate defendant Hull; and Dr. Ryan having concluded in a written report that defendant Hull does not possess a rational and factual understanding of the proceedings against him, does not have the capacity to assist legal counsel in his defense, and cannot rationally make decisions regarding legal strategy, and is accordingly not competent to stand trial; and defendant Hull having voluntarily absented himself from the hearing on August 22, 2012; and good and sufficient cause having been shown,

       IT IS THE FINDING OF THIS COURT, by the preponderance of the evidence, that the defendant is presently suffering from a mental disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of

the proceedings against him and to assist properly in his defense within the meaning of Title 18, United States Code, Section 4241(d).

WHEREFORE, IT IS on this ____4____ day of ~~August~~ Sept, 2012,

ORDERED, pursuant to Title 18, United States Code, Sections 4241, that the defendant is committed to the custody of the Attorney General of the United States, who, pursuant to Title 18, United States Code, Section 4241(d)(1), shall, as expeditiously as possible, hospitalize the defendant for treatment in a suitable facility, such as Butner FMC, for a period not to exceed four months to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and it is

FURTHER ORDERED that if the director of the facility in which defendant Hull is hospitalized determines that defendant Hull has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the director shall, in accordance with Title 18, United States Code, Section 4241(e), promptly file a certificate to that effect with the Clerk of this Court, who shall send a copy of the certificate to counsel for defendant Hull and the attorney for the government; and it is

FURTHER ORDERED that if no such certificate is filed within the four-month period, the procedures set forth in Title

18, United States Code, Section 4241(d), including Section 4241(d)(2), will be followed.

_____
HON. STANLEY R. CHESLER
United States District Judge